UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF RECUSAL |
| - against - | 14-CR-312 (RRM) |
| GRANVILLE HERON BLAKE, | |
| Defendant. | |

-------------------------------------------------------------------X

MAUSKOPF, United States District Judge.

The United States Attorney's Office has advised this Court that, based on a review of its records, the investigation giving rise to the above-captioned matter was initiated and/or pending in the United States Attorney's Office between September 3, 2002 and October 19, 2007, the period during which the undersigned served as United States Attorney for the Eastern District of New York. (Doc. No. 8) As such, and pursuant to 28 U.S.C. §§ 455(a) and (b)(3), recusal is required.

The Clerk of Court is directed to randomly re-assign this matter.

SO ORDERED.

Dated: Brooklyn, New York  *Roslynn R. Mauskopf*
       May 30, 2014
                                            _____
                                            ROSLYNN R. MAUSKOPF
                                            United States District Judge