UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

GRANVILLE HERON BLAKE,

                      Defendant.
------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
14-CR-0312 (CBA)(SMG)

**AMON, Chief United States District Judge.**

On August 11, 2014, the United States moved to forfeit the bail bond and enter judgment against defendant Granville Heron Blake and three of his four sureties after Blake failed to appear for a bail hearing scheduled for July 24, 2014. (Docket Entry ("D.E.") # 23, 34.) The Court subsequently referred the motion to Magistrate Judge Steven M. Gold for report and recommendation. (D.E. # 24.) On October 21, 2014, Magistrate Judge Gold issued a Report and Recommendation ("R&R"), recommending that the government's motion to forfeit bail be granted, and that judgment be entered in the amount of $200,000, jointly and severally, against Blake and sureties Judith Naraine, Tesa Thomas, and Damon Moore. (D.E. # 40.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted); see also United States v. Lantigua-Almonte, No. 07-CR-804(ENV)(JO), 2009 WL 55894 (E.D.N.Y. Jan. 8, 2009) (reviewing for clear error a report and

1

recommendation that recommended entering default judgment on a bail bond against defendant based on breach of bond conditions).

The Court has reviewed the record and, finding no clear error, adopts Magistrate Judge Gold's R&R as the opinion of the Court. The government's motion to forfeit the bail bond is granted. The Clerk of Court is directed to enter judgment in the amount of $200,000, jointly and severally, against defendant Granville Heron Blake and sureties Judith Naraine, Tesa Thomas and Damon Moore.

SO ORDERED.

Dated: November 18, 2014
Brooklyn, New York

s/Carol Bagley Amon

Carol Bagley Amon
Chief United States District Judge